**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :   **Criminal No. 1:25-** |
| | : |
| TRACY HATTON, | :   **VIOLATION:** |
| | :   **18 U.S.C. §§ 201(b)(2) & 2 (Bribery)** |
| Defendant. | : |
| | :   **FORFEITURE:** |
| | :   **18 U.S.C. § 981(a)(1)(C); 28 U.S.C.** |
| | :   **§ 2461(c); 21 U.S.C. § 853(p)** |

## INFORMATION

The United States of America charges that:

## COUNT ONE

From at least September 2020, to at least September 2023, within the District of Columbia and elsewhere, the defendant, TRACY HATTON, being a public official, directly and indirectly, corruptly did demand, seek, receive, accept, and agree to receive and accept anything of value from Contractor 1 in return for being influenced in the performance of an official act and being induced to do or omit to do any act in violation of HATTON's official duty and being influenced to commit or aid in committing or allowing any fraud on the United States; that is, HATTON demanded, sought, received, accepted, and agreed to accept money from Contractor 1, in exchange for HATTON steering government contracts and business opportunities to Contractor 1 and the business owned by Contractor 1.

All in violation of Title 18, United States Code, Section 201(b)(2) & 2 (Bribery).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p)).

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: _____

CHRISTOPHER R. HOWLAND
Assistant United States Attorney
Fraud, Public Corruption, & Civil Rights Section
United States Attorney's Office

2

601 D Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 252-7106
Christopher.Howland@usdoj.gov
D.C. Bar No. 1016866